# FITZGERALD LAW FIRM, S.C.
———

MICHAEL J. FITZGERALD
LAWYER

526 EAST WISCONSIN AVENUE
MILWAUKEE, WISCONSIN 53202 -4503
TELEPHONE (414) 221-9600
FACSIMILE (414) 221-0600

December 5, 2011

Honorable William E. Callahan, Jr.
United States Magistrate Judge
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re:  *United States v. Richard A. Kranitz*
Case No. 11-MJ-00534

*United States v. James L. Prange*
Case No. 11-MJ-00535

Dear Magistrate Judge Callahan:

I am writing to inform the Court that the defendants and the government have agreed to adjourn the preliminary hearing in this case, currently scheduled for December 6, 2011 at 9:00 a.m., until December 22, 2011. This is consistent with the government's original request for a continuance dated December 2, 2011.

It is my understanding that the defendants will not be required to appear in the United States District Court for the District of Massachusetts on December 9, 2011. Instead, an appearance there will be scheduled at a mutually agreeable time upon the return of indictment, which is anticipated to occur by December 22, 2011.

I have discussed this position with Mr. Prange's counsel, Craig Albee, and they are in agreement with it. We will withdraw our previous objection to the continuance, as set forth in my December 2, 2011 letter to the Court.

# FITZGERALD LAW FIRM, S.C.

Honorable William E. Callahan, Jr.
December 5, 2011
Page 2


Thank you for your consideration.

Sincerely,

FITZGERALD LAW FIRM, S.C.


S/Michael J. Fitzgerald
Michael J. Fitzgerald

MJF/jal

c:  Gordon Giampietro
    Assistant United States Attorney

    Craig W. Albee
    Assistant Federal Defender